UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-1195__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Oteria Q. Moses__

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

__s/ Adrian M. Lapas__
(signature)

__Adrian M. Lapas__                           __919-735-8888__
Name (printed or typed)                       Voice Phone

__Strickland, Lapas, Agner & Associate__      __919-735-8450__
Firm Name (if applicable)                     Fax Number

__112 N. William Street__

__Goldsboro, NC  27530__                      __adrian@stricklandlawnc.com__
Address                                        E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __3/5/2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Hayden J. Silver, III
Raymond M. Bennett
Attorneys for Appellant Cashcall, Inc.

__s/ Adrian M. Lapas__                                             __3/5/2014__
Signature                                                           Date

11/17/2011
SCC