FILED: April 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1195
(4:13-cv-00223-BO)
(12-05563-8-RDD)
(12-00174-8-RDD)

_____

OTERIA Q. MOSES

    Plaintiff - Appellee

v.

CASHCALL, INC.

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 06/26/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk